IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES HILTON and CAROLYN HILTON,

    Plaintiffs,

vs.                                  CASE NO. 4:11cv93/RS-WCS

KIMBERLY GRIGSBY MATTHEWS, as Personal Representative of the Estate of Floyd L. Matthews, Jr. and MATTHEWS & GUILD, P.A., a dissolved corporation,

    Defendants.

_____/

## ORDER

Before me is the Report of Parties' Planning Meeting (Doc. 14).

**IT IS ORDERED** that the parties shall file an amended joint report not later than July 19, 2011, with dates consistent with a discovery deadline of December 15, 2011, and a trial date of February 21, 2012.

**ORDERED** on July 6, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**